*E-Filed 8/7/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL L. BALSAM, an individual, | No. 5:09 CV 3585 RS |
| Plaintiff, | |
| | ORDER TRANSFERRING ACTION |
| v. | |
| TUCOWS, INC., a Pennsylvania corporation.; TUCOWS CORP., a Mississippi corporation; ELLIOT NOSS, an individual; PAUL KARKAS, an individual; and DOES 1-100, | |
| Defendants. | |

Pursuant to Local Civil Rule 3-2(c), a civil action "arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Rule 3-2(d) provides that civil actions arising in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma are to be assigned to the San Francisco or Oakland division of this court. Further, when a judge of this court finds that a civil action has not been "assigned to the proper division within this district in accordance with this rule," the judge may transfer the action to the appropriate venue. Civil Local Rule 3(f).

ORDER TRANSFERRING CASE
No. 5:09 CV 3585 RS

1   This action arose in San Francisco County and was removed to federal court therefrom.

2 Therefore it should be reassigned to the San Francisco or Oakland division. The action is therefore

3 TRANSFERRED for reassignment in accordance with Civil Local Rule 3(d).

4   IT IS SO ORDERED.

5 DATED: 8/7/09

6 _____
RICHARD SEEBORG
7 United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER TRANSFERRING CASE
No. 5:09 CV 3585 RS

2