**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALSAM,<br><br>    Plaintiff,<br><br>v.<br><br>TUCOWS INC. ET AL,<br><br>    Defendant.<br>_____/ | No. CV 09-03585 CRB<br><br>**ORDER** |

    The Court hereby ORDERS the parties to be prepared to address <u>Solid Host, NL v. NameCheap, Inc.</u>, 2009 WL 2225726 (C.D. Cal. 2009) at the upcoming motion hearing on October 16, 2009.

**IT IS SO ORDERED.**

Dated: October 8, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\03585\argument order.wpd