IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. BALSAM, | No. CV 09-03585 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TUCOWS INC., ET AL., | |
| Defendant. / | |

The Court, having granted the Motion to Dismiss filed by Defendant Tucows Inc., hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**



Dated: October 27, 2009  CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\03585\judgment.wpd